MOTOROLA CREDIT CORPORATION, Appellant-Respondent, et al., Plaintiffs-Counter-Defendants, v STANDARD CHARTERED BANK, Respondent-Appellant, et al., Defendants-Counter-Claimants, et al., Defendants.

Submitted August 4, 2014; decided August 28, 2014

*See* 740 F3d 108.

Motion by Central Bank of Jordan for leave to file a brief amicus curiae on consideration of the certified questions herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

MOTOROLA CREDIT CORPORATION, Appellant-Respondent, et al., Plaintiffs-Counter-Defendants, v STANDARD CHARTERED BANK, Respondent-Appellant, et al., Defendants-Counter-Claimants, et al., Defendants.

Submitted August 4, 2014; decided August 28, 2014

*See* 740 F3d 108.

Motion by Committee on Banking Law of the Association of the Bar of the City of New York for leave to file a brief amicus curiae on consideration of the certified questions herein granted and the proposed brief is accepted as filed.

MOTOROLA CREDIT CORPORATION, Appellant-Respondent, et al., Plaintiffs-Counter-Defendants, v STANDARD CHARTERED BANK, Respondent-Appellant, et al., Defendants-Counter-Claimants, et al., Defendants.

Submitted August 4, 2014; decided August 28, 2014

*See* 740 F3d 108.

Motion by Securities Industry and Financial Markets Association for leave to appear amicus curiae on consideration of the certified questions herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.